# CASE ANNOUNCEMENTS

*March 13, 2008*

[Cite as *03/13/2008 Case Announcements*, 2008-Ohio-1066.]

## MOTION AND PROCEDURAL RULINGS

**2007–2288.   State v. Roberts.**
Trumbull C.P. No. 01–CR–793. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Trumbull County. Upon consideration of the motion of the Office of Disciplinary Counsel to unseal Sentencing Exhibit A,

It is ordered by the court that the motion is granted.